Kimberly JUAREZ, a Minor BY Elida JUAREZ, Natural Guardian

v.

U–HAUL OF JUNIATA PARK/FEL-TONVILLE, U–Haul Moving & Storage at Allegheny, U–Haul Company of Pennsylvania, U–Haul Company of North Philadelphia, U–Haul Company of South Philadelphia, U–Haul International Inc., AMERCO, Jovan S. Martin, Miguel A. Rivera, Erion Meni and Eri Vending Cart, Inc.

Petition of: Miguel Rivera and Jovan Martin

No. 546 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

Uliser GALDAMEZ, in his own right and as Administrator of the Estate of Olga Galdamez, Dec, and Jaylin Steffany Galdamez, Dec.

v.

U–HAUL CO. OF PENNSYLVANIA, U–Haul International, Inc. Americo, Jovan Martin, Miguel Rivera, Erjon Meni and Eri Vending Cart, Inc. Victoria Lee, Latajah Minton and Shalanda Wilson, p/n/g Samira China (a Minor)

v.

Uliser Galdamez, in his own right and as Administrator of the Estate of Olga Galdamez, Dec. and Jaylin Steffany Galdamez Kimberly Juarez, a Minor, By Elida Juarez, Natural Guardian U–Haul of Juniata Park/Feltonville

v.

Guillermo Ottoniel Paredes–Teo a/k/a Otto Paredes a/k/a Otto Javier a/k/a Ottoneil Reyes, Individually and d/b/a/ La Parillada Chapina

Petition of: Miguel Rivera and Jovan Martin

No. 547 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**